**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7044**

_____

ADRIAN DOMINIC WATKINS,

Plaintiff - Appellant,

versus

GUILFORD COUNTY SHERIFF'S DEPARTMENT; CAPTAIN
WILLIAMSON, Division Commander Guilford County
Sheriff's Department; LIEUTENANT WATKINS,
Administrative Shift; B. J. BARNES, Sheriff,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
District Judge.  (1:06-cv-00995-NCT)

_____

Submitted:  October 11, 2007        Decided:  October 17, 2007

_____

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Adrian Dominic Watkins, Appellant Pro Se.  Matthew L. Mason, OFFICE
OF GUILFORD COUNTY SHERIFF, Greensboro, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Dominic Watkins appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Watkins v. Guilford County Sheriff's Dep't, No. 1:06-cv-00995-NCT (M.D.N.C. July 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED